# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff-Appellee, ) | |
| ) | |
| VS. ) | Record No. 14-4513 |
| ) | |
| IDER VAZQUEZ MATOS, ) | |
|     Defendant-Appellant. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, the Defendant-Appellant, by and through the undersigned counsel, and moves this Court for an extension of time to file his opening brief and joint appendix which is now due October 16, 2014. In support of this motion, Counsel for the Defendant-Appellant shows unto the Court the following:

1. Counsel needs time to finish reviewing the issues with the Defendant-Appellant.

2. Defense counsel wants to make sure that she has adequately researched all his issues and adequately addressed all his concerns so that her representation is effective in this Court.

3. Counsel for the Plaintiff-Appellee, Sandra Hairston, has been contacted and she has no objection.

4. Counsel is in solo practice and has been in a state court robbery trial this week.

5. Counsel for Defendant-Appellant requests at least an extension of 30 days beyond the current due date of October 16, 2014.

6. This motion is being filed in the interests of justice and judicial economy.

WHEREFORE, the Defendant-Appellant prays this Court for an extension of time of at least 30 days beyond the due date of October 16, 2014 to November 16, 2014.

Respectfully submitted this the 16th day of October, 2014.

/s/ Cindy H. Popkin-Bradley____
CINDY H. POPKIN-BRADLEY
Lawyer for Defendant-Appellant
Post Office Box 37602
Raleigh, North Carolina  27627
Tele: 919-852-4873
Fax:  919-851-1690
Email: cindydoglaw@aol.com
North Carolina Bar No. 18728
CJA-Appointed Counsel

## CERTIFICATE OF FILING AND SERVICE

The undersigned certifies that a copy of the foregoing Motion for Extension of Time was served on Sandra Hairston, Assistant United States Attorney for the Middle District of North Carolina, by electronically filing with the CM/ECF.

Respectfully submitted this 16th day of October, 2014.

/s/ Cindy H. Popkin-Bradley____
CINDY H. POPKIN-BRADLEY
Lawyer for Defendant-Appellant
Post Office Box 37602
Raleigh, North Carolina  27627
Tele: 919-852-4873
Fax:  919-851-1690
Email: cindydoglaw@aol.com
North Carolina Bar No. 18728
CJA-Appointed Counsel