FILED: October 16, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-4513 (L)
(1:13-cr-00337-TDS-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

IDER VAZQUEZ MATOS, a/k/a The Cuban, a/k/a I.D., a/k/a Cono, a/k/a Compa

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 11/17/2014

Opening brief due: 11/17/2014

Response brief due: 12/12/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk